# United States Bankruptcy Court

## District Of _____ Illinois _____

In re Rahshaan Martin,
          Debtor

Case No. 08-6310

Chapter 13

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ 274 in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ 68.50 _____ Check one ☒ With the filing of the petition, or
   ☒ On or before

   $ 68.50 _____ on or before 4-##-08

   $ 68.50 _____ on or before 5-##-08

   $ 68.50 _____ on or before 6-##-08

   *1st payment 3-25-08 (pd)
   3-31-08*

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____  _____
Signature of Attorney            Date

Signature of Debtor  Rahshaan Q. Martin   3/16/08
Date
(In a joint case, both spouses must sign.)

_____
Name of Attorney

_____  _____
Signature of Joint Debtor (if any)     Date

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
MAR 17 2008
KENNETH S. GARDNER, CLERK

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
## District Of _____ Illinois _____

In re _Robertson  Martin_ ,            Case No. _08-6310_
        Debtor

                                        Chapter __13.__

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

    ☐    IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

    ☑    IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _68.50_      Check one ☐   With the filing of the petition, or
                   ☑   On or before _3-25-08_

$ _68.50_   on or before _4/11/08_

$ _68.50_   on or before _5-11-08_

$ _68.50_   on or before _6-11-08_

    ☐    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: _MAR 1 7 2008_

**KENNETH S. GARDNER**
Clerk, U.S. Bankruptcy Court

_____
Kenneth S. Gardner, Clerk of the Court