```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 08 B 06310
   RAHSHAAN JERMAINE MARTIN
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-0616

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 03/17/2008 and was not confirmed.

     The case was dismissed without confirmation 04/09/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                           PAID        PAID
------------------------------------------------------------------------
PIERCE & ASSOC          NOTICE ONLY    NOT FILED             .00         .00
PRO SE DEBTOR           DEBTOR ATTY         .00                          .00
TOM VAUGHN              TRUSTEE                                          .00
DEBTOR REFUND           REFUND                                           .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                            RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                         --------------       --------------
TOTALS                         .00                  .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
     Dated: 07/24/08              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```